**Jose R. BELTRAN, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

**No. 08–71554.**

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 13, 2010.*

Filed Sept. 24, 2010.

Sung UK Park, Esquire, Law Offices of Sung U. Park, Los Angeles, CA, for Petitioner.

U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, Stacy Stiffel Paddack, U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, for Respondent.

Before: SILVERMAN, CALLAHAN, and N.R. SMITH, Circuit Judges.

MEMORANDUM **

Jose R. Beltran, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's decision denying his application for cancellation of removal. We dismiss the petition for review.

We lack jurisdiction to review the agency's discretionary determination that Beltran failed to show exceptional and extremely unusual hardship to a qualifying relative. *See Martinez–Rosas v. Gonzales,* 424 F.3d 926, 930 (9th Cir.2005). Beltran's contention that the agency failed to consider relevant hardship factors is not supported by the record and does not amount to a colorable claim over which we have jurisdiction. *See Mendez–Castro v. Mukasey,* 552 F.3d 975, 980 (9th Cir.2009).

**PETITION FOR REVIEW DISMISSED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

